998

GIRDLER CORPORATION and Cherry-Burrell Corporation, Plaintiffs-Appellants, v. ABBOTTS DAIRIES, Inc., Defendant-Appellee.

No. 6936.

Circuit Court of Appeals, Third Circuit.
Nov. 22, 1939.

Clair W. Fairbank, Oscar W. Jeffery, and S. A. Demma, all of New York City, for plaintiffs-appellants.

Geo. W. Hansen and M. Hudson Rathburn, both of Chicago, Ill., (Ames, Thiess, Olson & Mecklenburger, of Chicago, Ill., and Busser & Harding, of Philadelphia, Pa., of counsel), for defendant-appellee.

Before CLARK, BIDDLE, and JONES, Circuit Judges.

PER CURIAM.

We have considered the record carefully, and finding no error, the decree is affirmed on the opinion of Judge Kirkpatrick, reported in 24 F.Supp. 551.

Albert A. GRINNELL, Appellant, v. B. C. SCHRAM, as Receiver of First National Bank-Detroit, a Federal Banking Corporation, Appellee.

No. 8414.

Circuit Court of Appeals, Sixth Circuit.
Oct. 9, 1939.

Butzel, Eaman, Long, Gust & Bills, of Detroit, Mich., for appellant.

Nichols, Wood, Marx & Ginter, of Cincinnati, Ohio, for appellee.

Before HICKS and SIMONS, Circuit Judges.

PER CURIAM.

On reading and filing the stipulation of the parties hereto, by their respective counsel, for dismissal of the appeal in the above entitled cause; and the court being advised in the premises, it is hereby ordered that the above entitled appeal be and the same is hereby dismissed with prejudice to appellant, but without cost to any party.

HAYWARD FARMS COMPANY, a Corporation of Lakefield, Minnesota, Appellant, v. UNION CENTRAL LIFE INSURANCE COMPANY.

No. 11463.

Circuit Court of Appeals, Eighth Circuit.
March 23, 1939.

Nels Quevli, of Lakefield, Minn., for appellant.

Meighen, Knudson & Sturtz, of Albert Lea, Minn., for appellee.

PER CURIAM.

Appeal docketed and dismissed without costs to either party in this court, per stipulation of parties.

HELLER & COMPANY, Appellant, v. SIMSON BROTHERS, Inc., and Karlan & Bleicher, Appellees.

No. 31.

Circuit Court of Appeals, Second Circuit.
Oct. 30, 1939.

Lemlein & Wolsky, of New York City (Nathaniel Frucht, of Providence, R. I., and Max Schwartz, of Brooklyn, N. Y., of counsel), for appellant.

Dyke & Schaines, of New York City (Herbert H. Dyke, of New York City, and W. R. Lieberman, of Brooklyn, N. Y., of counsel), for appellees.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.
Decree affirmed.